UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CV-80807-WPD

SECURITIES AND                              )
EXCHANGE COMMISSION,            )
                                                            )
          Plaintiff,                                )
v.                                                         )
                                                            )
STEPHEN F. MOLINARI and       )
NATIONWIDE PHARMASSIST CORP.,     )
                                                            )
          Defendants.                           )
_____)

**FINAL JUDGMENT AS TO DEFENDANT
NATIONWIDE PHARMASSIST CORP.**

The Securities and Exchange Commission having filed a Complaint, and Nationwide Pharmassist Corp. ("Nationwide") having: entered a general appearance; consented to the Court's jurisdiction over it and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

**I.**

**SECTION 17(a)(1) OF THE SECURITIES ACT OF 1933**

**IT IS ORDERED AND ADJUDGED** that Nationwide and its agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Judgment by personal service or otherwise are permanently restrained and enjoined from violating Section 17(a)(1) of the Securities Act, 15 U.S.C. § 77q(a)(1), by, in the offer or sale of any security, using any means or instruments of

-2-

transportation or communication in interstate commerce or the mails, directly or indirectly, to employ any device, scheme, or artifice to defraud involving: the payment of undisclosed compensation in the form of cash, stock, or any other item of value to any investment advisor, manager, or trustee, or to any person associated with such investment advisor, manager, or trustee; or the manipulation of the price or volume of any security.

## II.

### SECTION 10(b) OF THE SECURITIES EXCHANGE ACT OF 1934

**IT IS FURTHER ORDERED AND ADJUDGED** that Nationwide and its agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78j(b), and Exchange Act Rule 10b-5, 17 C.F.R. § 240.10b-5, by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

(a) to employ any device, scheme, or artifice to defraud involving: the payment of undisclosed compensation in the form of cash, stock, or any other item of value to any investment advisor, manager, or trustee, or to any person associated with such investment advisor, manager, or trustee; or the manipulation of the price or volume of any security; or

(b) to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person involving: the payment of undisclosed compensation in the form of cash, stock, or any other item

of value to any investment advisor, manager, or trustee, or to any person associated with such investment advisor, manager, or trustee; or the manipulation of the price or volume of any security.

### III.

### CIVIL PENALTY

**IT IS FURTHER ORDERED AND ADJUDGED** that Nationwide shall pay a civil penalty in the amount of $20,000 to the Securities and Exchange Commission pursuant to Section 20(d) of the Securities Act, 15 U.S.C. § 77t(d) and Section 21(d)(3) of the Exchange Act, 15 U.S.C. § 78u(d)(3).  Nationwide shall make this payment within 14 days after entry of this Final Judgment.

Nationwide may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.   Payment may also be made directly from a bank account or by credit or debit card via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.   Nationwide may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

    Enterprise Services Center
    Accounts Receivable Branch
    6500 South MacArthur Boulevard
    Oklahoma City, OK 73169

 and shall be accompanied by a letter identifying Nationwide as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment.

Nationwide shall simultaneously transmit photocopies of evidence of payment and case identifying information to Andrew C. Schiff, Esq., Securities and Exchange

Commission, 801 Brickell Avenue, Suite 1800, Miami, FL 33131.  By making this payment, Nationwide relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant.  The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury. Nationwide shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.

Nationwide agrees that it shall not seek or accept, directly or indirectly, reimbursement or indemnification from any source, including but not limited to payment made pursuant to any insurance policy, with regard to any civil penalty amounts that he pays pursuant to the Final Judgment, regardless of whether such penalty amounts or any part thereof are added to a distribution fund or otherwise used for the benefit of investors. Nationwide further agrees that it shall not claim, assert, or apply for a tax deduction or tax credit with regard to any federal, state, or local tax for any penalty amounts that Nationwide pays pursuant to the Final Judgment, regardless of whether such penalty amounts or any part thereof are added to a distribution fund or otherwise used for the benefit of investors.

## IV.

## INCORPORATION OF NATIONWIDE'S CONSENT

**IT IS ORDERED AND ADJUDGED** that the Nationwide's Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Nationwide shall comply with all of the undertakings and agreements set forth therein.

-5-

## V.

## RETENTION OF JURISDICTION

**IT IS ORDERED AND ADJUDGED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

## VI.

## DISMISSAL OF CLAIMS FOR MONETARY RELIEF

**IT IS FURTHER ORDERED AND ADJUDGED** that the Commission's claims for disgorgement and prejudgment interest against Nationwide are dismissed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 4th day of March, 2014.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of record